# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRAIG PC SALES & SERVICE, LLC, an Oklahoma limited liability company, RAY T. CRAIG, SR., an individual; and RAY T. CRAIG, II, an individual, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| -vs- | ) Case No. CIV-17-0003-F |
| CDW GOVERNMENT, LLC, an Illinois limited liability company; and MICROSOFT CORPORATION, a Washington corporation, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## **ORDER**

The court is in receipt of Plaintiffs' Motion to Stay Case Pending Determination of Their Anticipated Motion to Declare The Oklahoma Citizens' Participation Act as Unconstitutional Or, In the Alternative, Motion to Certify Question to the Oklahoma Supreme Court, filed June 1, 2018. Doc. no 71.

Any response to the motion shall be filed by noon on June 8, 2018 and any reply shall be filed by noon on June 11, 2018.

IT IS SO ORDERED this 4th day of June, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0003p020.docx