# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date:   January 3, 2020

**ENTER ORDER:**

The following cases are hereby **TRANSFERRED** to U.S. District Judge Bernard M. Jones. Please note that, for future filings in these cases, the letters at the end of the case number should now be "**J**" rather than an "PRW".  This is important to ensure the prompt distribution of pleadings to the proper judge.

| | |
|---|---|
| 1. | CIV-17-00003-PRW – Craig PC Sales & Service, LLC et al. v. CDW Government, LLC et al. |
| 2. | CIV-17-00517-PRW – Southstar Exploration LLC et al. v. 7C Land & Minerals Co. et al. |
| 3. | CIV-17-00600-PRW – Emergency Services of Oklahoma PC et al. v. Aetna Health, Inc. et al. |
| 4. | CIV-17-00756-PRW – White Oak Global Advisors LLC v. Tommy W. Weder, Sr. |
| 5. | CIV-17-00879-PRW – Equal Employment Opportunity Commission et al. v. Horizontal Well Drillers, LLC |
| 6. | CIV-18-01225-PRW – Chieftain Royalty Company v. SM Energy Company |
| 7. | CIV-19-00252-PRW – Capital One NA v. Fenton Nissan, Inc. |
| 8. | CIV-19-00660-PRW – Mitchell Heath Barnett et al. v. Farmers Insurance Exchange et al. |
| 9. | CIV-19-00979-PRW – Alberta Rose Josephine Jones v. Shanda L. Adams et al. |
| 10. | CIV-19-530-PRW – Christian X. Harris v. State of Oklahoma |

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

CARMELITA REEDER SHINN,
CLERK OF COURT

By:   s/ Kathy Spaulding
          Deputy Clerk