# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRAIG PC SALES & SERVICE, LLC *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) Case No. CIV-17-3-J <br> v. ) <br> ) <br> CDW GOVERNMENT, LLC, an ) <br> Illinois limited liability company *et al.*, ) <br> ) <br> Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW** Barrett T. Bowers and hereby moves this Court to enter an Order allowing him to withdraw as counsel of record for Plaintiffs Craig PC Sales & Service, LLC; Ray T. Craig, Sr.; and Ray Craig, II. In support thereof, Mr. Bowers would show the Court as follows:

1. Mr. Bowers has left the Firm of Ward & Glass, LLP and no longer serves as counsel for Plaintiffs.

2. Plaintiffs will continue to be represented by the firm of Ward & Glass, LLP and Burns Law Office.

3. This Motion is not made for the purpose of delay, nor will a withdrawal in any manner prejudice the rights of the Plaintiff or result in any need to request a change of deadlines in this case.

4. Mr. Bowers respectfully requests that the Court enter an Order allowing him to withdraw as counsel of record for the Plaintiffs. Mr. Bowers ahs submitted an Order allowing his withdrawal as counsel of record.

Dated this <u>6th</u> day of September, 2021.

/s/Barrett T. Bowers
Barrett T. Bowers, OBA# 30493
THE BOWERS LAW FIRM
1611 N. Broadway Ave.
Second Floor
Oklahoma City, Oklahoma 73103
(405) 768-2907 - Office
(405) 727-7188 – Cell
barrett@bowerslawok.com

## CERTIFICATE OF SERVICE

This is to certify that on this <u>6th</u> day of September, 2021, a true and correct copy of the above and foregoing has been served on all counsel of record via the Court's ECF system.

/s/Barrett T. Bowers
Barrett T. Bowers