# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRAIG PC SALES & SERVICES, LLC, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CDW GOVERNMENT, LLC, et al., )<br>)<br>Defendants. ) | Case No. CIV-17-3-J |

## ORDER

Before the Court is the Motion to Withdraw as Counsel of Record for Plaintiffs filed by Barrett T. Bowers. [Doc. No. 260]. For good cause shown, the Motion is GRANTED and Barrett T. Bowers is hereby withdrawn as counsel of record for Plaintiffs.

IT IS SO ORDERED this 7th day of September, 2021.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE