# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CRAIG PC SALES & SERVICE LLC, an Oklahoma domestic limited liability company;<br>(2) RAY T. CRAIG, SR., an individual; and<br>(3) RAY T. CRAIG, JR., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>(1) CDW GOVERNMENT, LLC, an Illinois limited liability company; and<br>(2) MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendants. | No. CIV-17-3-J |

## DEFENDANT'S OBJECTIONS TO PLAINTIFFS' AMENDED FINAL EXHIBIT LIST

Defendant CDW Government, LLC submits its objections pursuant to the Federal Rules of Evidence ("FRE") to plaintiffs' Amended Final Exhibit List [Doc. No. 255] as follows:

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
| 1 | CDWG Sales Policies | X | | CDWG 212-537<br>CDWG 612-680<br>CDWG 712-784 | |
| 2 | CDWG Corporate Software Sales Slideshows | | X | CDWG 681-711 | |
| 3 | CDWG Software Sales Records/Open License Order Confirmations | | X | Craig 15827-15828<br>Craig 15975-16066<br>Craig 16253<br>Craig 16258-16261<br>Craig 16499-16500 | FRE 401-403 |

1

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
| | | | | Craig PC 849-853
OAG-Craig PC 9380
OAG-Craig PC 9389-9392
OAG-Craig PC 9436-9437
OAG-Craig PC 9440
OAG-Craig PC 9466-9467
OAG-Craig PC 9470-9471 | |
| 4 | CDWG Commercials | X | | Links to videos will be produced. | FRE 401-402, 901 |
| 5 | CDWG Website Sections, Statements, and Articles | X | | Craig 15817-15820 Additional pages available at https://www.cdwg.com/ | FRE 401-402, 901 |
| 6 | Certain Licenses Purchased by Craig PC/School Districts from CDWG | | X | Craig 1090-1111 | |
| 7 | CDWG Quotes for Craig PC/School Districts | | X | CDWG 58-101
Craig 6654
Craig 14688
Craig 16162-16163 | |
| 8 | CDWG Portal | | X | Craig 21712-21726 | FRE 401-402, 901 |
| 9 | Audio of Dee Griggs Call with Cesar | | X | None | |
| 10 | Transcript of Dee Griggs Call with Cesar | | X | Craig 1493-1503 | FRE 401-403 |
| 11 | Audio of Dee Griggs Call with John/Juan | | X | None | |

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
| 12 | Transcript of Dee Griggs Call with John/Juan | | X | Craig 16101-16117 | FRE 401-403 |
| 13 | Ray Craig II Medical Records | | X | Craig 21198-21531 | |
| 14 | Ray Craig Sr. Medical Records | | X | Craig 20985-21197 | |
| 15 | News Articles re: Plaintiffs and Criminal Allegations | | X | Craig 1252-1254<br>Craig 1259<br>Craig 1812-1850 | |
| 16 | Plaintiffs' Bank Account and Financial Transaction Information | | X | Craig 1578-1707<br>Craig 15079-15213<br>Craig 16266-16280<br>Craig 16305-16319 | |
| 17 | Plaintiffs' Mugshots | X | | Craig 1089 | FRE 401-403 |
| 18 | Craig PC Profit and Loss Statements | | X | Craig 1-22<br>Craig 21727-21730<br>Craig 21732-21733 | |
| 19 | Craig PC Tax Returns | | X | Craig 70-292 | |
| 20 | Ray Craig II Tax Returns | | X | Craig 23-69<br>Craig 293-595 | |
| 21 | Ray Sr. and Margaret Craig Tax Returns | | X | Craig 596-812 | |
| 22 | Craig PC Sales by Customer Detail | | X | Craig 813-915<br>Craig 14704-15078<br>Craig 16571<br>Craig 16586<br>Craig 16601<br>Craig 16606 | |
| 23 | Craig PC School Customers Lost/Recovered Report | | X | Craig 21734-21736 | |
| 24 | Craig PC Sales by | | X | Craig 1708-1741 | |

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
|  | Customer Summaries |  |  | Craig 16567-16607<br>Craig 21731 |  |
| 25 | Craig PC Custom Transaction Detail Reports |  | X | Craig 15830-15845<br>Craig 18644-18669<br>Craig 18684-18691<br>Craig 18715-18721<br>Craig 21737-22115 |  |
| 26 | Craig PC Certificate of Conversion and Articles of Organization |  | X | Craig 1742-1744 |  |
| 27 | Craig PC Operating Agreement |  | X | Craig 1745-1756 |  |
| 28 | Craig PC Invoices and Orders |  | X | Craig 3127-4229 Craig 6652<br>Craig 6656<br>Craig 15388-Craig 15499<br>Craig 15865-15927<br>Craig 16254-16257<br> Craig 16262<br>Craig 18722-20964<br>OAG-Craig PC 9441<br>OAG-Craig PC 9486-9487<br>OAG-Craig PC 9492-9494<br>OAG-Craig PC 9501-9510<br>OAG-Craig PC 9687 |  |
| 29 | Craig PC Maintenance Contracts |  | X | Craig 17892-18053 |  |
| 30 | Craig PC E-Rate Contracts, Numbers. And Commitments |  | X | Craig 16418-16429<br>Craig 18054-18628 |  |
| 31 | Plaintiffs' Fees and Costs of | X |  | Craig 20968-20981 | FRE 401-403 |

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
| | Defense for Criminal and Forfeiture Litigation | | | | |
| 32 | Ed Bott Expert Report (including any and all supplements), CV, and Fed. R. Civ. P. 26 Disclosures | | X | Doc. 213-1 | FRE 401-403, 702-705, subject to *Daubert* motion |
| 33 | Will Clark, Ph.D. Expert Report (including any and all supplements), CV, and Fed. R. Civ. P. 26 Disclosures | | X | Doc. 213-2 | FRE 401-403, 702-705, subject to *Daubert* motion |
| 34 | Communications sent or received by Josh Parker | | X | Craig PC 1-9<br>Craig PC 12-21<br>Craig PC 23-30<br>Craig PC 43-49<br>GJ Craig 9603<br>GJ Craig 9605<br>Craig 1811<br>Craig 14655-14663<br>Craig 14665-14675<br>Craig 14677-14684<br>Craig 14700-14701<br>Craig 15824-15826<br>Craig 15829<br>Craig 16171-16191<br>Craig 21706-21708 | |
| 35 | Communications sent or received by Tyler Hardy | | X | Craig 15821<br>Craig 16192<br>MSFT_CRAIG 1384<br>OAG Craig PC 9360-9361 | |
| 36 | Communications sent or received | | X | Craig 14691 | |

5

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
| | by Chyanne Rooney | | | Craig 14694-14695<br>Craig PC 43 | |
| 37 | Communications sent or received by Robert Marc Boles | | X | Craig 18644-18669 | FRE 401-403 |
| 38 | Communications sent or received by Dee Griggs | | X | Craig 16078-16079 | FRE 401-403 |
| 39 | Communications sent or received by Deborah Decker | | X | APS 45 | |
| 40 | Communications sent or received by Steve Grempka | | X | Craig 15823<br>Craig 22118-22119 | |
| 41 | Communications sent or received by Sean Mitchell | | X | Craig 18672-18676<br>Craig 18679 | |
| 42 | Communications sent or received by Ross Ladwig | | X | Craig 18677-18678 | |
| 43 | Communications sent or received by Robert Culicchia | | X | Craig 14685-14687<br>Craig 14690-14694<br>Craig 14695-14696<br>Craig 16159-16170<br>Craig PC 31-42 | |
| 44 | Scott Forbes Investigative File | | X | Coyle Law Firm Production 3337-3402 | FRE 801-803 |
| 45 | Certain Filings, Exhibits, and Transcripts from United States of America v. One 2011 Chevrolet Equinox, et al, W.D. Okla. Case No. CIV-11- 710-M | | X | Craig 1029-1088 | |

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
| 46 | Certain Filings, Exhibits, and Transcripts from State of Oklahoma v. Ray Craig Sr., Ray Craig II, and Jay Jerdee, Grady County Case Nos. CF-2014-373, CF-2014-374, and CF-2014-375 | | X | Craig 17257-17878<br>Craig 21705<br>OAG Craig PC 1490-1501<br>OAG Craig PC 1502-1504 | |
| 47 | Certain Filings, Exhibits, and Transcripts from In the Matter of Seizure of Certificate of Deposit #8400367396-1, et al, W.D. Okla. Case No. CIV-11-162-M | | X | Craig 16297-16296<br>Craig 16302 | FRE 401-403 |
| 48 | Certain Filings, Exhibits, and Transcripts (with exhibits) from the Grand Jury proceedings instituted in the U.S. District Court for the Western District of Oklahoma regarding Ray Craig II | | X | Craig 2923-3126<br>Craig 4230-13570 | FRE 401-403 |
| 49 | Microsoft Website: "Solving the Mystery of Windows | | X | Craig 1808-1810 | FRE 401-403 |

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
| | Desktop Licensing" | | | | |
| 50 | Microsoft Website: "Get Genuine Solutions" | | X | Craig 15797-15798 | FRE 401-403 |
| 51 | Microsoft Website: "Which Would You Choose?" | | X | Craig 15804-15805 | FRE 401-403 |
| 52 | Microsoft Website: "Microsoft Launches Anti-Piracy Campaign in the Northeast" | | X | Craig 15792 | FRE 401-403 |
| 53 | Microsoft Website: Microsoft Files Lawsuits Against Three Portland-Area Resellers in First Oregon Anti-Piracy Sweep | | X | Craig 15793-15794 | FRE 401-403 |
| 54 | CRN: Microsoft Sting Targets Resellers for Alleged Hard-Disk Loading | | X | Craig 15795 | FRE 401-403 |
| 55 | Seattle PI: Microsoft Files 21 Piracy Suits | | X | Craig 15796 | FRE 401-403 |
| 56 | CDWG Website: "CDW-G Honored as a Microsoft Public Sector Partner of the Year for Education" | | X | Craig 21709-21710 | FRE 401-403 |

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
| 57 | Microsoft Website: Ed Bott MVP | | X | Craig 22116-22117 | FRE 401-403, 702-705 |
| 58 | Sysprep (System Preparation Tool) | | X | Craig 18630-18633 | |
| 59 | Product and Volume Licensing Keys | | X | Craig 6662<br>Craig 21694-21699 | |
| 60 | Microsoft License Records | | X | Craig 1112-1117<br>Craig 18693-18714 | |
| 61 | Microsoft Licensing Product Use Rights | | X | MSFT_CRAIG 3717-3955 | |
| 62 | Microsoft Packing Lists | | X | Craig 6663<br>Craig 6671<br>Craig 6678 | |
| 63 | FBI Investigation Records | | X | FBI-REPORT 1-247<br>Craig 13571-14654<br>Craig 16320-16417<br>Craig 16430-16566 | FRE 801-803 |
| 64 | Application for Search Warrant / Affidavit | | X | OAG Craig PC 1208-125 | |
| 65 | Microsoft Licensing Spreadsheets and Information | | X | Craig 1510-1568<br>Craig 15214-15257 | |
| 66 | Help My School List of School Names | | X | Craig 18629 | FRE 401-403 |
| 67 | Ray Craig Sr. Plea Form: CM-2016-643 | | X | Craig 18692 | FRE 401-403 |
| 68 | WIN Numbers | | X | Craig 1509 | |
| 69 | Letter from US DOJ to Superintendents | | X | Craig 16281 | |

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
| 70 | Industry System Invoice to Lindsay Public Schools | | X | Craig PC 842-845 | FRE 401-403 |
| 71 | US DOJ Property Receipt Return to Anadarko Public Schools | | X | APS 46-47 | FRE 401-403 |
| 72 | Letter from US DOJ to David Davidson | | X | GJ Craig 6522 | FRE 401-403 |
| 73 | Purchase Orders to Apple, Inc. | | X | Craig 17883-17891 | |
| 74 | Email from CDWG to Bryan Raymer | | X | Craig 1260-1261 | |
| 75 | USDOJ: Property Received and Receipts from Anadarko Public Schools | | X | APS 46-47 | |
| 76 | Email from Randy Bradley to Deborah Decker | | X | Craig 21566 | |
| 77 | Emails from Microsoft to Dee Griggs | | X | Craig 6672<br>Craig 6674 | |
| 78 | Craig Asset Lists | | X | Craig 16263-16265<br>Craig 18630-18633 | |
| 79 | Emails between CDWG and Craig PC | | X | Craig 16159-16161<br>Craig 16164-16192 | |
| 80 | Do Not Contact List | | X | Craig 16303-16304 | |
| 81 | Ed Bott Underlying Report | | X | Craig 15761-15826 | FRE 401-403, 702-705, subject to *Daubert* motion |

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
| 82 | 2016 Shareholders Summary | | X | Craig 260 | |
| 83 | Microsoft OEM System Builder License | | X | MSFT_CRAIG 3380-3381 | |
| 84 | Open License Welcome Notification | | X | Craig 1238 | |
| 85 | Microsoft License Verification for Upgrade | | X | MSFT_CRAIG 3956-3957 | |
| 86 | Search and Seizure Warrant | | X | Craig 16282-16286 | |
| 87 | Craig PC Volume Licensing Log | | X | Craig 21700-21702 | |
| 88 | Audio of Conversation with Thomas Diamond | | X | Craig 21711 | FRE 401-403, 901 |
| 89 | Communications sent or received by Jay Montblanc | | X | Craig 6664-6665 | |
| 90 | Communications sent or received by Liz Hiszczynski | | X | 1308-1408 | |
| 91 | Communications sent or received by Oleg Krylod | | X | Craig PC 10-11 | |
| 92 | CDWG Order for Anadarko Public Schools | | X | Craig 20967 | |
| 93 | Microsoft Volume Licensing Service Center – | | X | Craig 22120 | |

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
|  | Downloads and Keys |  |  |  |  |
| 94 | Jay Montblanc Resume |  | X | Craig 22121 | FRE 401-403 |
| 95 | Tyler Hardy Deposition from March 10, 2014 |  | X | None | Improper exhibit; must designate deposition testimony |
| 96 | CDWG Tech Data Price Lists |  | X | CDWG 785-852 |  |
| 97 | Microsoft Select Plus Agreement |  | X | CDWG 853-870 |  |
| 98 | CDWG List |  | X | CDWG 871 |  |
| 99 | Microsoft Licensing Product Use Rights |  | X | CDWG 872-937 |  |
| 100 | Reference Guide |  | X | CDWG 938-940 |  |
| 101 | CDWG Records Retention Schedule |  | X | 996-1017 |  |
| 102 | CDW Electronic Communications Policy |  | X | 1018-1023 |  |
| 103 | CDW Draft Retention Policy |  | X | 1269-1295 |  |
| 104 | Tyler Hardy Personnel File |  | X | 1024-1268 | FRE 401-403 |
| 105 | Joshua Parker Personnel File |  | X | 1296-1307 | FRE 401-403 |
| 106 | Information and Statements for Schools |  | X | MSFT_CRAIG 1018-1049 MSFT_CRAIG 1725-1958 |  |
| 107 | Documents Produced by Anadarko Public |  | X | APS_1-47 | FRE 401-403 |

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
| | Schools via Subpoena | | | | |
| 108 | Documents Produced by Binger-Oney Public Schools via Subpoena | | X | BOS_1-324 | FRE 401-403 |
| 109 | Documents Produced by Boone-Apache Public Schools via Subpoena | | X | BAPS_1-315 | FRE 401-403 |
| 110 | Documents Produced by Caddo Kiowa Technology Center via Subpoena | | X | CKTC_1-519 | FRE 401-403 |
| 111 | Documents Produced by Cement Public Schools via Subpoena | | X | CPS_1-92 | FRE 401-403 |
| 112 | Documents Produced by Central High School via Subpoena | | X | CHS_1-8 | FRE 401-403 |
| 113 | Documents Produced by Copan Public Schools via Subpoena | | X | CNPS_1-3 | FRE 401-403 |
| 114 | Documents Produced by Cyril Public Schools via Subpoena | | X | CYPS_1-301 | FRE 401-403 |
| 115 | Documents Produced by | | X | EPS_1-20 | FRE 401-403 |

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
| | Erick Public Schools via Subpoena | | | | |
| 116 | Documents Produced by Fletcher Public Schools via Subpoena | | X | FPS_1 | FRE 401-403 |
| 117 | Documents Produced by Glencoe Public Schools via Subpoena | | X | GPS_1-21 | FRE 401-403 |
| 118 | Documents Produced by Hinton Public Schools via Subpoena | | X | HPS 1-996 | FRE 401-403 |
| 119 | Documents Produced by Peckham Public Schools via Subpoena | | X | PPS_1-4 | FRE 401-403 |
| 120 | Documents Produced by Ringwood Public Schools via Subpoena | | X | RSD_1-4 | FRE 401-403 |
| 121 | Documents Produced by Ripley Public Schools via Subpoena | | X | | FRE 401-403 |
| 122 | Documents Produced by Robin Hill Public Schools via Subpoena | | X | RHPS_1-116 | FRE 401-403 |

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
| 123 | Documents Produced by Thackerville Public Schools via Subpoena | | X | TPS_1-13 | FRE 401-403 |
| 124 | Documents Produced by Timberlake Public Schools via Subpoena | | X | TLPS_1-140 | FRE 401-403 |
| 125 | Documents Produced by Union City Public Schools via Subpoena | | X | UCPS_1-120 | FRE 401-403 |
| 126 | Documents Produced by Verden Public Schools via Subpoena | | X | VPS_1-135 | FRE 401-403 |
| 127 | Documents Produced by Lindsay Public Schools via Subpoena | | X | LPS_1-112 | FRE 401-403 |
| 128 | Documents Produced by Maysville Public Schools via Subpoena | | X | MVPS_1-61.047 | FRE 401-403 |
| 129 | Documents Produced by Middleberg Public Schools via Subpoena | | X | MPS_1-74 | FRE 401-403 |
| 130 | Documents Produced by Minco Public | | X | MSD_1-2.004 MSD_3-102 | FRE 401-403 |

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
| | Schools via Subpoena | | | | |
| 131 | Documents Produced by Mountain View-Gotebo Public Schools via Subpoena | | X | MVGS_1-115 | FRE 401-403 |
| 132 | Documents Produced by Ninnekah Public Schools via Subpoena | | X | NPS_1-470 NPS_471-489 | FRE 401-403 |
| 133 | Documents Produced by Hydro-Eakly Public Schools via Subpoena | | X | HEPS_1-191 | FRE 401-403 |
| 134 | Documents Produced by Sterling Public Schools via Subpoena | | X | SPS_1-25.072 | FRE 401-403 |
| 135 | Documents Produced by Gracemont Public Schools via Subpoena | | X | GMPS_1-55 Some are not bates stamped | FRE 401-403 |
| 136 | Documents Produced by Riverside School District via Subpoena | | X | RSSD_1-25 | FRE 401-403 |
| 137 | Documents Produced by Industry Systems via Subpoena | | X | Industry Systems 1-203 | FRE 401-403 |

| No. | Description | Expected to Use | May Use | Bates | Objections |
|---|---|---|---|---|---|
| 138 | Documents Produced by the Oklahoma Attorney General's Office via Subpoena | | X | OAG/CRAIG PC 1-12807 | FRE 401-403; FRE 801-803 |
| 139 | All exhibits identified by CDWG not successfully objected to by Plaintiffs | | X | See Doc. 241 | |
| 140 | All documents Exchanged during discovery or used as an exhibit by any party in a deposition or filing not otherwise identified herein and not successfully objected to by Plaintiffs | | X | Craig 1-22121 CDWG 1-1410 MSFT_CRAIG 1-3957 | Objections reserved |
| 141 | All documents discovered or created after the date of this List not successfully objected to by Plaintiffs | | X | N/A | Objections reserved |
| 142 | Documents for rebuttal and/or impeachment | | X | N/A | Objections reserved |

Submitted this 10th day of September 2021.

Respectfully submitted,


*s/Ronald T. Shinn, Jr.*
Ronald T. Shinn, Jr., OBA #19569
McAfee & Taft, P.C.
8th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Telephone: 405-235-9621
Facsimile: 405-228-7323
ron.shinn@mcafeetaft.com

Thomas C. Koessl (admitted *pro hac vice*)
Samera S. Ludwig (admitted *pro hac vice*)
Christopher R. Sullivan (admitted *pro hac vice*)
L&G LAW GROUP LLP
175 West Jackson Blvd, Suite 950
Chicago, IL 60604

*Attorneys for Defendant,*
   *CDW Government, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the file-stamped date above, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Stanley M. Ward
Woodrow K. Glass
Jonathan M. Irwn
Geoffrey A Tabor
Travs E. Harrison
Ward & Glass LLP
1601 N.W. 36th Avenue, Suite 100
Norman, OK 73072

Ronald T. Shinn, Jr.
McAfee & Taft
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102

Bret Burns
Burns Law Office
519 W. Chickasha Avenue
Chickasha, OK 73018

Bonnie E. MacNaughton
Ambika K. Doran
Zana Bugaighis
Xiang Li
Cesar Kalinowski
Davis Wright Tremaine LLP
1201 Third Avenue, Ste. 2200
Seattle, WA 98101

Brad Burns
Burns Law Office
519 W. Chickasha Avenue
Chickasha, OK 73018

William S. Leach
McAfee & Taft
Williams Center Tower II
Two West Second Street, Suite 1100
Tulsa, OK 74103

Robert D. Nelon
Lindsay N. Kistler
100 North Broadway, Ste. 2900
Oklahoma City, OK 73012

                                           *s/Ronald T. Shinn, Jr.*