IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRAIG PC SALES & SERVICE, LLC, an Oklahoma domestic limited liability Company; RAY T. CRAIG, SR., and RAY T. CRAIG, II,<br><br>    Plaintiffs,<br>v.<br><br>1. CDW GOVERNMENT, LLC, an Illinois limited liability company;<br><br>2. MICROSOFT CORPORATION,<br><br>    Defendants. | Case No. CIV–17–3–J |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the plaintiffs, Craig PC Sales & Service, LLC, Ray T. Craig, Sr., and Ray T. Craig, II, and the defendant Microsoft Corporation, through their undersigned counsel, hereby stipulate that all of the plaintiffs' claims against the defendant Microsoft Corporation may be, and they are hereby, dismissed with prejudice.  Each party shall bear their own costs and attorneys' fees.

By: s/*Bret Burns*
(*Signed by Filing Attorney with permission of Attorney*)
**BURNS LAW OFFICE**

Bret Burns OBA #15675
519 W. Chickasha Avenue
Chickasha, OK  73018
Telephone: (405) 320-5911
Facsimile: (405)-320-5907
Email: bret.burns@ymail.com

**WARD & GLASS, LLP**

Woodrow K. Glass, OBA #15690
1601 36th Street N.W., Suite 100
Norman, Oklahoma 73072
Telephone: (405) 360-9700
Facsimile: (405) 360-7902
Email: woody@wardglasslaw.com

**ATTORNEYS FOR PLAINTIFFS**

**DAVIS WRIGHT TREMAINE LLP**

By: *s/ Bonnie MacNaughton*
Bonnie MacNaughton (admitted *pro hac vice*)
Ambika Kumar Doran (admitted *pro hac vice*)
Zana Bugaighis (admitted *pro hac vice*)
Caesar Kalinowski (admitted *pro hac vice*)
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
Telephone:  (206) 622-3150
Facsimile:  (206) 757-7700
Email:  bonniemacnaughton@dwt.com
            ambikadoran@dwt.com
            zanabugaighis@dwt.com
            caesarkalinowski@dwt.com

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

Robert D. Nelon, OBA #6610
Lindsay N. Kistler, OBA #32814
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone: (405) 553-2828
Facsimile: (405) 553-2855
Email: bnelon@hallestill.com
            lkistler@hallestill.com

**ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION**